CLOSED

Stephen R. Bosin, Esq.
70 Grand Ave. Suite 200
River Edge, N.J. 07661
(201) 342.4117
Attorney for Plaintiff
John B. Michel

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

―――――――――――――――X

CIVIL ACTION No. 09-3467 (DMC/MF)

John B. Michel

   Plaintiff     **ORDER OF FINAL JUDGMENT**
              **BY DEFAULT**

v.

The Bessemer Group, Incorporated

   Defendant

―――――――――――――――X

  This matter having been opened to the Court pursuant to F.R.C. P. 56 (b)(2) for the entry of final judgment by default, and a default having been entered in this matter by the Clerk on August 18, 2009, and this Court having considered the Affidavit of Plaintiff, John B. Michel, executed on August 24, 2009 and the exhibits annexed thereto, and good cause appearing, it is on this 26 day of January, 2010 hereby

  **ORDERED** that judgment by default is hereby entered in favor of Plaintiff, John B. Michel, and against Defendant, The Bessemer Group, Incorporated, in the amount of $27,117 and it is hereby further

  **ORDERED** that this matter be remanded to the Defendant, The Bessemer Group Incorporated, to determine whether Plaintiff is eligible to receive the payment of long term disability benefits after the date of this Order, and if so, to commence payment.

                _____
                Hon. Dennis M. Cavanaugh, U.S.D.C.