UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| John B. Michel<br><br>Plaintiff<br><br>v.<br><br>The Bessemer Group, Incorporated<br><br>Defendant | CIVIL ACTION No. 3467-09 (DMC/MF)<br><br>**CONSENT ORDER VACATING JUDGMENT AND PERMITTING PLAINTIFF TO FILE AMENDED COMPLAINT** |

THIS MATTER HAVING been opened to the Court by Defendant, The Bessemer Group, Incorporated, by its counsel Herold Law, P.A. (Charles F. Waskevich, Jr., appearing), and Plaintiff, John B. Michel, by his counsel Stephen R. Bosin, Esq. (Steven R. Bosin, appearing) having given his consent; and good cause appearing

IT IS ON THIS __24__ DAY OF FEBRUARY, 2010,

**ORDERED** that the Order of Final Judgment by Default entered in this matter on January 26, 2010 be and hereby is VACATED; and it is hereby further

**ORDERED** that Plaintiff be and hereby is granted leave to file an amended complaint on or before ~~February~~ MARCH __14__, 2010; and it is hereby further

**ORDERED** that a copy of this Order shall be served on counsel for the parties and counsel (Herold Law, P.A.) for the agent for service of process for substituted Defendant, United of Omaha Life Insurance Company, within seven (7) days.

_____
Dennis M. Cavanaugh, U.S.D.J.

Consented as to both
Form and Entry:

STEPHEN R. BOSIN
*Counsel for Plaintiff*
*John B. Michel*

By: _____
    Stephen R. Bosin

Dated: 2/3/2010

HEROLD LAW, P.A.
*Counsel for Defendant*
*The Bessemer Group, Incorporated*

By: _____
    Charles F. Waskevich, Jr.

Dated: 2.3.2010

2